**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kenneth Fields, Sr. and Janette Fields, Defendants,

Of whom Kenneth Fields, Sr. is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-002117

---

Appeal From Beaufort County
Coreen B. Khoury, Family Court Judge

---

Unpublished Opinion No. 2017-UP-087
Submitted January 10, 2017 – Filed February 8, 2017

---

**AFFIRMED**

---

Marshall L. Horton and Lindsay Yoas Goodman, both of
Horton & Goodman, LLC, of Bluffton, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of
Bluffton, for the Guardian ad Litem.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *Simmons v. Simmons*, 392 S.C. 412, 414, 709 S.E.2d 666, 667 (2011) ("In appeals from the family court, this [c]ourt reviews factual and legal issues de novo."); *Michael P. v. Greenville Cty. Dep't. of Soc. Servs.*, 385 S.C. 407, 413 n.4, 684 S.E.2d 211, 214 n.4 (Ct. App. 2009) (finding an issue was not properly preserved when the appellant did not object during the family court hearing); *Ex Parte Morris*, 367 S.C. 56, 65, 624 S.E.2d 649, 654 (2006) (acknowledging "procedural rules are subservient to the court's duty to zealously guard the rights of minors" (quoting *Joiner ex rel. Rivas v. Rivas*, 342 S.C. 102, 107, 536 S.E.2d 372, 374 (2000))); *id.* (declining "to exercise [its] discretion to avoid application of the procedural bar").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.